UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG 29 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:19CR722 SNLJ/DDN |
| MONTANEK SNIPES, | ) ) | |
| Defendant. | ) ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Allison H. Behrens, Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with violating Title 18, United States Code, Section 924(c).

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3. Further, in 2010, Defendant was convicted of: five counts of Robbery First Degree, for which he received an 18-year term of imprisonment on each count; three counts of Attempted Robbery First Degree, for which he received a 15-year term of imprisonment on each count; two counts of Robbery Second Degree, for which he received a 15-year term of imprisonment on each count; resisting arrest, for which he received a four-year term of

imprisonment; and eight counts of Armed Criminal Action, for which he was sentenced to 3-years' imprisonment on each count.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Allison H. Behrens
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney